**SP 4 Bradish G. MORSE et al., Appellants,**

v.

**Colonel Charles B. BOSWELL, Commanding Officer, Fort George G. Meade, Maryland, Honorable Clark Clifford, Secretary of Defense, Honorable Stanley R. Resor, Secretary of the Army, General Harold K. Johnson, Chief of Staff of the Army, and Lt. General Jonathan O. Seaman, Commanding General, First United States Army, Appellees.**

No. 12738.

United States Court of Appeals
Fourth Circuit.

Argued Aug. 26, 1968.

Decided Aug. 26, 1968.

Certiorari Denied Jan. 20, 1969.

See 89 S.Ct. 687.

Nathan R. Zahm, Sherman Oaks, Cal. (Elsbeth Levy Bothe, Baltimore, Md., on brief), for appellants.

Alan I. Baron, Asst U. S. Atty. Stephen H. Sachs, U. S. Atty, on brief), for appellees.

Before HAYNSWORTH, Chief Judge, and WINTER and BUTZNER, Circuit Judges.

PER CURIAM:

For the reasons stated by the District Court, Morse v. Boswell, D.C., Md., 289 F.Supp. 812 (decided August 6, 1968), the judgment is affirmed. See also, Goldstein v. Clifford, D.C., N.J., 290 F. Supp. 275 (statutory three-judge court, decided August 21, 1968).

The Clerk is directed to issue the mandate forthwith.

Affirmed.